UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | **Criminal No.: 22-CR-257 (CJN)** |
| v.  : | |
| : | **UNDER SEAL** |
| **MILOMIR DESNICA,** : | |
| : | |
| **Defendant.** : | |

**GOVERNMENT'S MOTION FOR UNSEALING OF CASE**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully moves the Court to unseal this case. The Government states as follows:

1. The defendant is charged with Conspiracy to Distribute 50 Grams or More of Methamphetamine in violation of 21 U.S.C. Section 846 and related charges. The defendant was arrested in Austria and extradition proceedings will soon be completed.

2. Accordingly, there is no reason for the case to remain sealed. The case should be unsealed so that copies of the indictment and arrest warrant may be distributed to defense counsel and the other appropriate parties.

WHEREFORE, for the foregoing reasons, the United States respectfully requests that the Court grant the instant motion. A proposed order is attached.

                                        Respectfully submitted,

                                        MATTHEW GRAVES
                                        United States Attorney

By:    */s/ Nihar R. Mohanty*
          Nihar R. Mohanty
          Assistant United States Attorney
          D.C. Bar No. 436-686
          601 D Street, N.W., Fifth Floor]
          Washington, DC 20530
          Voice: (202) 252-7700
          E-mail: Nihar.Mohanty@usdoj.gov