# UNITED STATES DISTRIC COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | Criminal No.: 22-CR-257 (CJN) |
| **v.** : | |
| : | |
| **MILOMIR DESNICA,** : | |
| : | |
| **Defendant.** : | |

## ORDER

Upon consideration of the Government's Motion to Unseal and the entire record, it is hereby ordered that this case is unsealed.

_____

CARL NICHOLS,
United States District Court Judge