NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**WASHINGTON, D.C.   20001**

UNITED STATES OF AMERICA

vs.                                             Criminal Number  1:22-cr-00257

MILOMIR DESNICA
(Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

[X] CJA          [ ] RETAINED          [ ] FEDERAL PUBLIC DEFENDER

*/s/*
(Signature)

**PLEASE PRINT THE FOLLOWING INFORMATION:**

Mark Rollins 453638
(Attorney & Bar ID Number)

Rollins and Chan Law Firm
(Firm Name)

419 7th Street, NW Suite 405
(Street Address)

Washington, DC 20004
(City)           (State)          (Zip)

202-455-5610; 202-455-5002
(Telephone Number)