AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:22-cr-00257 |
| MILOMIR DESNICA | ) Assigned to: Judge Nichols, Carl J. |
| | ) Assign Date: 7/26/2022 |
| | ) Description: INDICTMENT (B) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* MILOMIR DESNICA

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846 - CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE 50 GRAMS OR MORE OF METHAMPHETAMINE;
18 U.S.C. § 1956(h) - CONSPIRACY TO LAUNDER MONETARY INSTRUMENTS;
FORFEITURE: 18 U.S.C. § 1963; 18 U.S.C. § 982(a)(1); 21 U.S.C. § 853(p); and 28 U.S.C. § 2461(c)

Date: 07/26/2022

G. Michael Harvey
2022.07.26 15:57:18 -04'00'

*Issuing officer's signature*

City and state: WASHINGTON, D.C.

G. MICHAEL HARVEY, U.S. MAGISTRATE JUDGE
*Printed name and title*

---

### Return

This warrant was received on *(date)* 7/26/2022, and the person was arrested on *(date)* 6/26/2023
at *(city and state)* Washington DC

Date: 6/26/2023

*Arresting officer's signature*
Alex Adkins

*Printed name and title*

U.S. District and Bankruptcy Courts
for the District of Columbia
A TRUE COPY
ANGELA D. CAESAR, Clerk
By Shedelle Dorsett
Deputy Clerk